SUZANNE M. BAUER v. BOROUGH OF CLIFFSIDE PARK.

September 7, 1988.

Petition for certification denied. (See 225 *N.J.Super.* 38)

MARY ELLEN ROSANO, ET AL. v. SUPERMARKETS GENERAL CORPORATION, T/A RICKEL'S HOME CENTERS.

September 7, 1988.

Petition for certification denied.

IN THE MATTER OF THE ESTATE OF DONALD KIKEN, DECEASED.

September 7, 1988.

Petition for certification denied.

TOWNSHIP OF MAHWAH, ET AL. v. RICHARD RYAN, ET AL.

September 7, 1988.

Petition for certification denied.